**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 11 C 230 |
| RC SMITH CONCRETE COMPANY, | ) ) ) | Judge Conlon |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR DAMAGES**

Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (collectively the "Funds"), and James S. Jorgensen, pursuant to Rule 55 of the Federal Rules of Civil Procedure, by their attorneys, state:

1. On January 12, 2011, plaintiffs filed a complaint under Section 301(a), of the Labor Management Relations Act, 29 U.S.C. § 185(a), as amended, and Section 502(a)(3) of the Employee Retirement Income Security Act, 29 U.S.C. § 1132(a)(3), as amended, alleging that at all material times the defendant had an obligation arising from a collective bargaining agreement to pay contributions for the period of October 2010 through the present.

2. On March 8, 2011, this Court found defendant RC Smith in default for failing to file an appearance on behalf of an Illinois corporation and because no answer has been filed in response

1

to the Complaint.

3. As established by the affidavit of the Funds' Field Representative, Michael Christopher, which is attached hereto as Exhibit A, according to the collective bargaining agreement and the respective Trust Agreements to which the Company is bound, payment is also owed for liquidated damages in the amount of 10% (ten percent) of the unpaid or late contributions to the Welfare, Pension, and Training funds for the months of July August and September, 2010, and in the amount of 20% (twenty percent) for the months of October and November, 2010, which were paid after this lawsuit was filed. The total amount of late fees for this period is $10, 866.90 (See, M. Christopher's Affidavit, Exh. A ¶ 3).

4. As required by Article IX , paragraph 1 of the collective bargaining agreement, all employers are required to procure, carry and maintain a surety bond in an amount that is satisfactory to the Union. This bond must be in excess of $5,000.00 to guarantee the payment of wages, Pension and Welfare Trust Contributions during the term of the Agreement. Plaintiffs request that defendants within 60 days of the date of this judgment order provide written proof that it has obtained such a surety bond to plaintiffs' counsel, Karen I. Engelhardt, Allison, Slutsky & Kennedy, P.C. , 230 W. Monroe Street, Suite 2600, Chicago, IL 60606.

5. Plaintiffs are entitled to attorneys' fees and costs under ERISA, 29 U.S.C.§1132(g)(2)(B). The affidavit of Karen I. Engelhardt, attached hereto as Exhibit B establishes the amount of attorneys' fees incurred in this matter for the period from January 10, 2011 through April 13, 2011 as $1,090.00 and plaintiffs' court costs as $461.00.

**WHEREFORE,** plaintiffs request entry of a judgment against RC Smith Concrete Company in a total amount of $12,417.90.

Respectfully submitted,


/s/ Karen I. Engelhardt
One of plaintiffs' attorneys

ALLISON, SLUTSKY & KENNEDY, P.C.,
230 W. Monroe Street Suite 2600
Chicago, IL 60606
(312) 364-9400

April 13, 2011